UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-CR-348-MOC-DSC-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) ) ) ) | |
| Vs. | ) ) | ORDER |
| **JAMES A. NORRIS**, | ) ) ) | |
| Defendant. | ) ) | |

**THIS MATTER** is before the Court on Defendant's Motion to Reduce Sentence Pursuant to USSC Amendment 821. (Doc. No. 48).

**ORDER**

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to Defendant's motion.

Max O. Cogburn Jr.
United States District Judge

1